DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

**Fill in this information to identify the case:**

Debtor name    **Photo File  LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-11619-abl**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $              0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................    $         924,250.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................    $         924,250.00

| Part 2: | Summary of Liabilities |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $              0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $         16,138.32

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$       1,749,501.88

4.  **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b                                                                                                  $       1,765,640.20

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Fill in this information to identify the case: |  |
|---|---|
| Debtor name | **Photo File  LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **20-11619-abl** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Wells Fargo Bank (Photo File LLC)** | **Checking** | 1618 | $34,000.00 |

| 4. | Other cash equivalents *(Identify all)* | | |
|---|---|---|---|

| 5. | Total of Part 1. | | |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | $34,000.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | $250,000.00 | - $112,000.00 = .... | $138,000.00 |
| | | face amount | doubtful or uncollectible accounts | |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (If known)  **20-11619-abl** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | $250,000.00 | - | $200,000.00 | = .... | $50,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.** | **$188,000.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1.  **Scottstrade Account (Number unknown)** | | **Unknown** |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                  % of ownership

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.** | **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** **Digital and paper photo archives** | | | | **Est. $475,000.00** |
| **22.** **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.** | **$475,000.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | | Case number *(if known)* **20-11619-abl** |
|---|---|---|---|
| | Name | | |

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

   ■ No

   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?

   ■ No

   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.

   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No.  Go to Part 8.

   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture <br> **Office Furniture** | | | **Est. $10,000.00** |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software <br> **Office equipment** | | | **Est. $125,000.00** |
| **42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** Total of Part 7.

Add lines 39 through 42.  Copy the total to line 86.

                                              **$135,000.00**

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

   ■ No

   ☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

   ■ No

   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No.  Go to Part 9.

   ■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | | Case number *(if known)* **20-11619-abl** |
|---|---|---|---|
| | Name | | |

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Pallet Jack | $0.00 | Liquidation | $250.00 |
| Fork Lift | $0.00 | Liquidation | $2,000.00 |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$2,250.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
◼ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
◼ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

◼ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
◼ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| Internet websites | | | Est. $40,000.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| Customer List | | | Est. $25,000.00 |
| **64.  Other intangibles, or intellectual property** | | | |
| Other Intangibles | | | Est. $25,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC – www.bestcase.com                                    Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number *(if known)* **20-11619-abl** |
|---|---|---|
| | Name | |

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$90,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Storage Unit, 333 N. Bedford Road, Mt. Kisko , NY 10549**<br>**(all Photo File archives)** | Unknown |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number *(if known)* **20-11619-abl** |
|---|---|---|
| | Name | |

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $188,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $475,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $135,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $90,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $924,250.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $924,250.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

**Fill in this information to identify the case:**

Debtor name    **Photo File  LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-11619-abl**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Fuji Hunt Photographic Chemicals, Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Rockwell Hitec Mini Mixer (RHMC4/3S/3S/2S)** | Unknown | Unknown |
| | **40 Boroline Road**<br>**Allendale, NJ 07401**<br>Creditor's mailing address | Describe the lien<br>**UCC-1 Financing Statement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred | | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **LSQ Funding Group, L.C.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All personal property assets** | Unknown | Unknown |
| | **2600 Lucien Way, Suite 100**<br>**Maitland, FL 32751**<br>Creditor's mailing address | Describe the lien<br>**UCC-1 Financing Statement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred | | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Porter Capital Corporation** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2112 1st Avenue North
Birmingham, AL 35203**
Creditor's mailing address

**All personal property assets**

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Xerox Corporation** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name
**PO Box 827598
Philadelphia, PA
19182-7598**
Creditor's mailing address

**(1) Xerox XC550V**

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $0.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Fill in this information to identify the case: |
|---|

Debtor name    **Photo File LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-11619-abl**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach he Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Andrew Aronstein**<br>**1879 Crompond Road, Apt. E13**<br>**Peekskill, NY 10566** | As of the petition filing date,  he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $251.36 | $251.36 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Bryan Reilly**<br>**80 Columbia Ave**<br>**Hartsdale, NY 10530** | As of the petition filing date,  he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $899.35 | $899.35 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    55775                    Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address

**Charles Singer**
**93 Brundage Ridge Road**
**Bedford, NY 10506**

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$347.12 | $347.12

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Daniel Smiraglia**
**50 Barholm Ave.**
**Stamford, CT 06907**

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$264.14 | $264.14

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Derek Robertson**
**15 Bruce Lane**
**Rock Tavern, NY 12575**

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$229.72 | $229.72

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 932100**
**Louisville, KY 40293**

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,000.00 | $3,000.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Joanne Martin**<br>**72 Moseman Road**<br>**Yorktown Heights, NY 10598** | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $333.01 | $333.01 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Jonas Karlsson**<br>**203 Bedford Center Road**<br>**Bedford Hills, NY 10507** | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $238.88 | $238.88 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Jonathan Baer**<br>**2002 Albany Post Road, Apt. A**<br>**Croton on Hudson, NY 10520** | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $399.09 | $399.09 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Lloyd Haymes**<br>**18 Norwood Terrance**<br>**Millburn, NJ 07041** | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $374.99 | $374.99 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

**2.11** | Priority creditor's name and mailing address

**Marcy Whitney**
**42 Beaumont Circle, Apt. 4**
**Yonkers, NY 10710**

As of the petition filing date,  he claim is:                $262.33     $262.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address

**Melva A. Caracundo**
**16 FairviewPlace**
**Ossining, NY 10562**

As of the petition filing date,  he claim is:                $314.48     $314.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address

**PBGC**
**1200 K St NW**
**Washington, DC 20005**

As of the petition filing date,  he claim is:                Unknown     Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address

**Rigoberto Chavarria**
**14 Winesap Lane**
**Wappingers Falls, NY 12590**

As of the petition filing date,  he claim is:                $450.77     $450.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|--------|-----------------|------------------------|--------------|
|        | Name |  |  |

**2.15** Priority creditor's name and mailing address

**Robert S Bakay**
**21 April Drive**
**New Milford, CT 06776**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$384.38        $384.38

---

**2.16** Priority creditor's name and mailing address

**Steven D. Samagaio**
**5 Parkview Ave E.**
**West Harrison, NY 10604**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$175.16        $175.16

---

**2.17** Priority creditor's name and mailing address

**Thomas W. Weiner**
**1166 Lenape Way**
**Scotch Plains, NJ 07076**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$558.80        $558.80

---

**2.18** Priority creditor's name and mailing address

**Todd R. Eizikowitz**
**22 E. Heritage Drive**
**New City, NY 10956**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$323.03        $323.03

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $331.71 | $331.71 |
|---|---|---|---|---|
| | **Yogeeta Kapoor** | *Check all that apply.* | | |
| | **19 Rosemary Court** | ☐ Contingent | | |
| | **Yorktown Heights, NY 10598** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $7,000.00 | $7,000.00 |
|---|---|---|---|---|
| | **York International Agency, LLC** | *Check all that apply.* | | |
| | **500 Mamaroneck Ave., Suite 220** | ☐ Contingent | | |
| | **Harrison, NY 10528** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No | | |
| | | ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,796.37 |
|---|---|---|---|
| | **Adecco Employment Services** | ☐ Contingent | |
| | **PO Box 371084** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7084** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.54 |
|---|---|---|---|
| | **Aikman Enterprises** | ☐ Contingent | |
| | **WME c/o Jordan Bazant** | ☐ Unliquidated | |
| | **11 Madison Ave., 18th Flr** | ☐ Disputed | |
| | **New York, NY 10010** | | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.98 |
|---|---|---|---|
| | **Alan Trammell** | ☐ Contingent | |
| | **c/o S. Gary Spicer** | ☐ Unliquidated | |
| | **16845 Kercheval - Suite 5** | ☐ Disputed | |
| | **Grosse Pointe, MI 48230** | | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset?  ■ No  ☐ Yes | |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.54**

Albert W. Kaline
3613 York Ct.
Bloomfield Hills, MI 48301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$807.40**

All Door & Garage Inc.
17 Nepperhan Avenue
Elmsford, NY 10523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

All Time Detection
28 Willett Ave.
Port Chester, NY 10573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.87**

Andre D. Reed
1058 America Way
Del Mar, CA 92014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$677.15**

Art Materials Services, Inc.
625 Joyce Kilmer Ave
New Brunswick, NJ 08901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,350.00**

Associated Press
PO Box 414212
Boston, MA 02241-4212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.81**

Atlas Saw & Tool, LLC
7801 Industrial Court, Suite B
Spring Grove, IL 60081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | | Case number (if known) | 20-11619-abl |
|---|---|---|---|---|
| | Name | | | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address<br>**Authentic Hendrix LLC**<br>**Attn: Amanda Howell**<br>**14501 Interurban Ave. South**<br>**Seattle, WA 98168**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $241.75 |
| **3.12** | Nonpriority creditor's name and mailing address<br>**Banghart-Corin & Associates**<br>**Attn:  Al Karo**<br>**PO Box 123**<br>**Point Lookout, NY 11569-0123**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,020.00 |
| **3.13** | Nonpriority creditor's name and mailing address<br>**Benenati Coffee Company**<br>**557 South Fulton Ave**<br>**Mount Vernon, NY 10550**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $195.11 |
| **3.14** | Nonpriority creditor's name and mailing address<br>**Bert Blyleven**<br>**1501 McGregor Reserve Drive**<br>**Fort Myers, FL 33901-9658**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $101.36 |
| **3.15** | Nonpriority creditor's name and mailing address<br>**Big Sky, Inc.**<br>**c/o Michael Bertolini**<br>**526 Yetman Avenue**<br>**Staten Island, NY 10307-1824**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $564.74 |
| **3.16** | Nonpriority creditor's name and mailing address<br>**Bob Lilly**<br>**104 Aster Circle**<br>**Georgetown, TX 78628**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $223.53 |
| **3.17** | Nonpriority creditor's name and mailing address<br>**Breathing Color, Inc.**<br>**301 W. Howard Lane, Suite 300**<br>**Austin, TX 78753**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,292.00 |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,071.49**

**BREVETTAR, LLC.**
**5830 El Camino Real**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$926.31**

**Calumet Carton Company**
**PO Box 405**
**South Holland, IL 60473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.32**

**Cam Neely**
**Blue Sky Sports & Ent. LLC**
**150 Washington Street**
**Norwell, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.66**

**Canadian Hockey Association**
**c/o House of Sport RA Centre 2451**
**Promenade Riverside Drive**
**Ottawa, ON K1H7X7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.86**

**Carl Yastrzemski**
**c/o Dick Gordon**
**99 River Oaks Circle**
**Pikesville, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.36**

**Carlton Fisk**
**18705 63rd Avenue E**
**Bradenton, FL 34211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$921.67**

**Cathi Brody**
**604 Seven Fields Lane**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**CenturyLink**
**PO Box 4300**
**Carol Stream, IL 60197-4300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.56

**CHEP**
**15226 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.93

**Chipper Jones % B.B. Abbott**
**Jet Sports Management**
**5136 West San Jose Street**
**Tampa, FL 33629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,610.30

**Chubb**
**PO Box 382001**
**Pittsburgh, PA 15250-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,600.94

**City Carting & Recycling**
**PO Box 17250**
**Stamford, CT 06907-7250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**City Carting and Recycling**
**8 Viaduct Road**
**Stamford, CT 06907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Clearbags.Com**
**4949 Windplay Drive, # 100**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 10 of 38

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | | Case number (if known) | **20-11619-abl** |
|---|---|---|---|---|
| | Name | | | |

---

**3.32** | Nonpriority creditor's name and mailing address
**Commerce Technologies, LLC**
**25736 Network Place**
**Chicago, IL 60673-1257**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$454.20

---

**3.33** | Nonpriority creditor's name and mailing address
**Commissioner of Taxation & Finance**
**NYS Assessment Receivables**
**PO Box 4127**
**Binghamton, NY 13902-4127**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$127.37

---

**3.34** | Nonpriority creditor's name and mailing address
**Con Edison**
**4 Irving Place Rm 1875**
**New York, NY 10003**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.35** | Nonpriority creditor's name and mailing address
**Craft Inc.**
**PO Box 3049**
**Attleboro, MA 02703-0912**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,371.60

---

**3.36** | Nonpriority creditor's name and mailing address
**Crown Equipment Corporation**
**PO Box 641173**
**Cincinnati, OH 45264-1173**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,835.35

---

**3.37** | Nonpriority creditor's name and mailing address
**Cup-A-Jo Coffee Solutions**
**382 Route 59, Suite 324**
**Monsey, NY 10952**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$142.51

---

**3.38** | Nonpriority creditor's name and mailing address
**CyberSource Corporation**
**PO BOX 742842**
**Los Angeles, CA 90074**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$598.00

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.39** Nonpriority creditor's name and mailing address
CyberSource Corporation
900 Metro Center Blvd.
San Mateo, CA 94404

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.40** Nonpriority creditor's name and mailing address
Danimal, Inc.
9191 Falling Waters
Willowbrook, IL 60527

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$135.65**

---

**3.41** Nonpriority creditor's name and mailing address
Dave Robinson
406 South Rose Blvd.
Akron, OH 44320-1308

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$99.12**

---

**3.42** Nonpriority creditor's name and mailing address
De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$40.82**

---

**3.43** Nonpriority creditor's name and mailing address
Decor Moulding & Supply
300 Wireless Blvd.
Hauppauge, NY 11788

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$10,481.88**

---

**3.44** Nonpriority creditor's name and mailing address
Diamond Solar IV
c/o Diamond Properties
333 N. Bedford Road
Mount Kisco, NY 10549

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$6,724.56**

---

**3.45** Nonpriority creditor's name and mailing address
Dicentral Corporation
1199 Nasa Parkway, Suite 101
Houston, TX 77058

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$2,677.84**

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

**3.46** Nonpriority creditor's name and mailing address

Don Larsen
P.O. Box 2863
Hayden, ID 83835

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$115.08

---

**3.47** Nonpriority creditor's name and mailing address

Don Mar Frame & Moulding
862 Waterman Avenue
East Providence, RI 02914

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,256.77

---

**3.48** Nonpriority creditor's name and mailing address

DP21,LLC fbo Natixis RE Capital Inc.
12 South Bedford Road
Mount Kisco, NY 10549

Date(s) debt was incurred __

Last 4 digits of account number  2026

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$634,596.69

---

**3.49** Nonpriority creditor's name and mailing address

Drew Bledsoe
61961 Ballantree Ct.
Bend, OR 97702

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$225.40

---

**3.50** Nonpriority creditor's name and mailing address

Durst Image Technology US, LLC
c/o Roger Burns
50 Methodist Hill Drive, Suite 100
Rochester, NY 14623

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,072.44

---

**3.51** Nonpriority creditor's name and mailing address

Dynamic Express, Inc
2501 71st St.
North Bergen, NJ 07047

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$152.50

---

**3.52** Nonpriority creditor's name and mailing address

EB Employee Solutions, LLC
The Difference Card
Box 791293
Baltimore, MD 21279-1293

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,910.75

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

**3.53** Nonpriority creditor's name and mailing address

Ed Jones
One Lost Valley
Dallas, TX 75234

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$107.51

---

**3.54** Nonpriority creditor's name and mailing address

Edgar Martinez
PO Box 53490
Bellevue, WA 98005-3490

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$169.16

---

**3.55** Nonpriority creditor's name and mailing address

Edward Scott Yates
ESY Marketing
96 Whalepond Road
Oakhurst, NJ 07755

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$113.73

---

**3.56** Nonpriority creditor's name and mailing address

Elite Service Group
c/o Robert Sheppard
40 West 27th Street, 6th Floor
New York, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$21,723.06

---

**3.57** Nonpriority creditor's name and mailing address

Fanatics, Inc.
8100 Nations Way
Jacksonville, FL 32256

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$111,000.00

---

**3.58** Nonpriority creditor's name and mailing address

Favre Enterprises, Inc.
#1 Willow Bend Drive
Hattiesburg, MS 39402

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$323.50

---

**3.59** Nonpriority creditor's name and mailing address

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$19,929.25

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,911.63 |
|---|---|---|---|

**FedEx**
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,619.50 |
|---|---|---|---|

**FedEx Custom Critical**
P.O. Box 645123
Pittsburgh, PA 15264-5123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,106.12 |
|---|---|---|---|

**Fedex Freight**
PO Box 223125
Pittsburgh, PA 15251-2125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,003.03 |
|---|---|---|---|

**Fenigstein & Kaufman**
1900 Avenue of the Stars, Suite 2300
Los Angeles, CA 90067-4314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,533.37 |
|---|---|---|---|

**Fermata Partners**
c/o Jana Franz
PO BOX 7400-8946
Chicago, IL 60674-8946

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,620.10 |
|---|---|---|---|

**Fiber Char Corporation**
PO Box 307
Alpena, MI 49707-0307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.01 |
|---|---|---|---|

**Fifth Quarter Sports Marketing**
525 Hawthorn Ct
Cottage Grove, WI 53527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

FIOS
1095 Avenue of the Americas
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,395.59**

Flech Paper Products, Inc.
c/o Stephen Echikson
55 First Avenue
Paterson, NJ 07514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

Fortuna Services LLC
2819 Algonquin Drive
Youngstown, OH 44514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,874.45**

Framerica
2 Todd Court
Yaphank, NY 11980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106.51**

Franco Harris
c/o Andrew Ree
900 Scales Road
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163.79**

Fritz Martin Management
8550 W. Charleston Blvd. # 102
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144.44**

Fritz Martin Mangagement LLC
8550 W. Charleston Blvd.
Suite 102 / PMB#335
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.21 |
|---|---|---|---|

**Fritz Martin Mgmt**
**PMB 325**
**8550 W.Charleston Blvd.,  Suite 102**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fuji Hunt Photographic Chemicals, Inc.**
**40 Boroline Road**
**Allendale, NJ 07401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,480.62 |
|---|---|---|---|

**Fujifilm North America Corp.**
**c/o Brandon Remler**
**Box 200232**
**Pittsburgh, PA 15251-0232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.19 |
|---|---|---|---|

**Gale Sayers**
**2341 Hot Brook Point St.**
**Las Vegas, NV 89134-5511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.19 |
|---|---|---|---|

**Gale Sayers**
**1313 Ritchie Ct., #407**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.58 |
|---|---|---|---|

**Gerald Cheevers**
**106 Appleton Street**
**North Andover, MA 01845-3138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,825.29 |
|---|---|---|---|

**Getty Images, Inc.**
**PO Box 953604**
**Saint Louis, MO 63195-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.65 |
|---|---|---|---|
| | **Gino Cappelletti** <br> **19 Louis Drive** <br> **Wellesley Hills, MA 02481** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.90 |
|---|---|---|---|
| | **Global Industrial** <br> **11 Harbor Park Drive** <br> **Port Washington, NY 11050** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,910.04 |
|---|---|---|---|
| | **Gotham Distributing Company** <br> **c/o Anthony Di Vito III** <br> **60 Portland Road** <br> **Conshohocken, PA 19428** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.81 |
|---|---|---|---|
| | **Great North Road America** <br> **11443 S.E. Plandome Drive** <br> **Hobe Sound, FL 33455** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.12 |
|---|---|---|---|
| | **GREEN BAY PACKERS** <br> **Accounts Payable Dept.** <br> **1265 LOMBARDI AVE** <br> **Green Bay, WI 54304** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,437.37 |
|---|---|---|---|
| | **GXS, Inc.** <br> **29144 Network Place** <br> **Chicago, IL 60673-1291** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.03 |
|---|---|---|---|
| | **Hines Ward Enterprises, Inc.** <br> **900 Scales Road** <br> **Suwanee, GA 30024** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | | Case number (if known) | **20-11619-abl** |
|---|---|---|---|---|

**3.88** Nonpriority creditor's name and mailing address
**IMG College Licensing, LLC**
**Attn: Royalty Operations**
**1075 Peachtree Street, suite 3300**
**Atlanta, GA 30309**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,001.54**

---

**3.89** Nonpriority creditor's name and mailing address
**Inkredible, Inc.**
**1728 Yale Rd.**
**Merrick, NY 11566**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$19,988.20**

---

**3.90** Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$50,170.98**

---

**3.91** Nonpriority creditor's name and mailing address
**IT Supplies Inc**
**2100 Golf Road, Suite 230**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.85**

---

**3.92** Nonpriority creditor's name and mailing address
**Jack Youngblood**
**4377 Steed Terrace**
**Winter Park, FL 32792-7630**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$118.35**

---

**3.93** Nonpriority creditor's name and mailing address
**JAF Station**
**c/o Con Edison**
**P.O. Box 1701**
**New York, NY 10116-1701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$18,231.14**

---

**3.94** Nonpriority creditor's name and mailing address
**JDS Industries, Inc.**
**PO Box 84806**
**Sioux Falls, SD 57118-4806**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$13,106.47**

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $226.39 |
|---|---|---|---|

**Jerome Bettis Enterprises**
**512 North Main St**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $108.89 |
|---|---|---|---|

**Jerry Koosman**
**2483 State Road 35**
**Osceola, WI 54020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $426.76 |
|---|---|---|---|

**Jerry Rice**
**128 S. First Street**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $127.96 |
|---|---|---|---|

**Jim Kelly Inc.**
**8207 Main Street, Suite 1**
**Buffalo, NY 14221-6060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109.89 |
|---|---|---|---|

**Jim Plunkett**
**51 Kilroy Way**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.59 |
|---|---|---|---|

**JNWK, Inc.**
**1329 West FM 917**
**Joshua, TX 76058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $122.84 |
|---|---|---|---|

**Joe Carter**
**3000 W. 117th**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

**3.102** | Nonpriority creditor's name and mailing address

**Joe Greene**
**5109 Lippizaner Drive**
**Flower Mound, TX 75028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$106.19

---

**3.103** | Nonpriority creditor's name and mailing address

**John H. Lambert**
**318 Gaiser Road**
**Worthington, PA 16262-9115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$238.57

---

**3.104** | Nonpriority creditor's name and mailing address

**John M. Rivers**
**350 N.W. 48th. Street**
**Miami, FL 33127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$188.81

---

**3.105** | Nonpriority creditor's name and mailing address

**Johnny Bench**
**3899 Ridgedale Drive**
**Cincinnati, OH 45247**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$114.20

---

**3.106** | Nonpriority creditor's name and mailing address

**JP McHale Pest Management, Inc.**
**PO Box 98**
**Montrose, NY 10548-0098**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$465.14

---

**3.107** | Nonpriority creditor's name and mailing address

**JRT Associates**
**21495 Ridgetop Circle, #304A**
**Sterling, VA 20166**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$108.82

---

**3.108** | Nonpriority creditor's name and mailing address

**JSY Enterprises**
**1950 University Ave., Ste. 350**
**Palo Alto, CA 94303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$117.54

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.39** |
|---|---|---|---|

Keith Hernandez
c/o Mead Chaskey Sports Ent.
70-20 108 Street, Suite 2-K
Forest Hills, NY 11375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216.03** |
|---|---|---|---|

Ken Griffey, Jr.
c/o Brian Goldberg, Esq.
312 Walnut St., Suite 1151
Cincinnati, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.77** |
|---|---|---|---|

Klick Sports Promotions/Events
8190 SW 28th Street
Fort Lauderdale, FL 33328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,161.51** |
|---|---|---|---|

KOBE FAMILY ENTERTAINMENT
c/o Andrea Fairchild
341 Bayside; Suite 4
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Las Vegas Valley Water District
1001 S. Valley View Blvd.
Las Vegas, NV 89153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,591.37** |
|---|---|---|---|

Le Grenier D'Art (1987) Inc.
9205 Boul. Taschereau
Brossard, QC J4Y3B8

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.55** |
|---|---|---|---|

LEARFIELD LICENSING PARTNERS
442 Century Lane, Suite 100
Holland, MI 49423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.63 |
|---|---|---|---|

**Lee Smith**
**c/o Jerry Rooney**
**668 Providence Court**
**Crystal Lake, IL 60012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.27 |
|---|---|---|---|

**Leone Star Services, Inc.**
**c/o Larry Bird**
**7765 Lake Worth Road, #310**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,996.00 |
|---|---|---|---|

**LexJet**
**PO Box 538577**
**Atlanta, GA 30353-8577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,782.63 |
|---|---|---|---|

**Lindenmeyr Munroe**
**PO Box 416207**
**Boston, MA 02241-6207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.60 |
|---|---|---|---|

**Lion Order 52 Event LLC**
**c/o Ashley Decker**
**2 Railroad Ave., #52**
**Glyndon, MD 21071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**LSQ Funding Group, L.C.**
**2600 Lucien Way, Suite 100**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.54 |
|---|---|---|---|

**Luminary Group LLC**
**2150 Intelliplex Drive, Suite 100**
**Shelbyville, IN 46176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,764.35 |
|---|---|---|---|
| | **Major League Baseball Properties**<br>**Attn: Royalty Dept**<br>**245 Park Avenue, 34th flr**<br>**New York, NY 10167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.79 |
|---|---|---|---|
| | **Manny Flores**<br>**3912 Johnson Street**<br>**Frisco, TX 75034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.34 |
|---|---|---|---|
| | **Mantle I.P Holdings, Ltd.**<br>**Attn: Danny Mantle**<br>**5012 Kirkland Court**<br>**Plano, TX 75093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.36 |
|---|---|---|---|
| | **Marvel Brands, LLC**<br>**500 South Buena Park Vista Street**<br>**Burbank, CA 91521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.53 |
|---|---|---|---|
| | **Mead Chasky Sports Enterprises, Inc.**<br>**70-20 108th. Street, #2-K**<br>**Forest Hills, NY 11375** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.45 |
|---|---|---|---|
| | **Messier Management-Aldo Esposito**<br>**167 Summer Street**<br>**Andover, MA 01810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.84 |
|---|---|---|---|
| | **Mike Mussina**<br>**WMG LLC; Attn: M. Meehan**<br>**10960 Wilshire Blvd, Suite 2200**<br>**Los Angeles, CA 90064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,764.35 |
|---|---|---|---|

**3.130** Nonpriority creditor's name and mailing address
MLB Advanced Media L.P
P.O. Box 412585
Boston, MA 02241-2585

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$78,764.35

---

**3.131** Nonpriority creditor's name and mailing address
National Basketball Players Association
677 Washington Blvd
Stamford, CT 06901

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$29,776.11

---

**3.132** Nonpriority creditor's name and mailing address
National Football League Players
1133 20th Street NW
Suite 500 (NFL Gala)
Washington, DC 20036

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$15,325.56

---

**3.133** Nonpriority creditor's name and mailing address
National Hockey League Players Assn
10 Bay Street, Suite 1200
Toronto, ON M5J2S3

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$27,236.08

---

**3.134** Nonpriority creditor's name and mailing address
NBA Properties, Inc.
Attn: Royalty Department
P.O. Box 10602
Newark, NJ 07193-0602

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$71,227.33

---

**3.135** Nonpriority creditor's name and mailing address
Neal Broten
N8216  690th. Street
River Falls, WI 54022

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$132.86

---

**3.136** Nonpriority creditor's name and mailing address
New Pig Corporation
One Pork Avenue
Tipton, PA 16684-0304

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$125.63

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | | Case number (if known) | 20-11619-abl |
|---|---|---|---|---|
| | Name | | | |

**3.137** Nonpriority creditor's name and mailing address
NFL International, LLC. Ltd.
GPO
PO BOX 27278
New York, NY 10087-7278

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$578.92

---

**3.138** Nonpriority creditor's name and mailing address
NFL Properties LLC
GPO
P. O. Box 27278
New York, NY 10087-7278

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$43,673.95

---

**3.139** Nonpriority creditor's name and mailing address
NHL Enterprises L.P.
Attn: Jody Wong
50 Bay Street, 11th Floor
Toronto, ON M5J2Z8

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$17,461.25

---

**3.140** Nonpriority creditor's name and mailing address
Nielsen Bainbridge LLC
PO Box 207252
Dallas, TX 75320-7252

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,681.00

---

**3.141** Nonpriority creditor's name and mailing address
Northern Safety Co., Inc.
PO Box 4250
Monroe Bridge, MA 01350-4000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$269.31

---

**3.142** Nonpriority creditor's name and mailing address
NV Energy
6226 W. Sahara Ave.
Las Vegas, NV 89146

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.143** Nonpriority creditor's name and mailing address
Omega Moulding
1 Saw Grass Drive
Bellport, NY 11713

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$453.17

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**On Time Supply**
405 Spook Rock Road
Suffern, NY 10901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.20 |
|---|---|---|---|

**Online Labels, Inc.**
2021 E. Lake Mary Blvd.
Sanford, FL 32773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.56 |
|---|---|---|---|

**Opentext, Inc.**
300 South Wacker Drive Suite 1100
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,479.60 |
|---|---|---|---|

**OpSec Security, Inc.**
Kim Price - Accting
P. O. Box 10155
Lancaster, PA 17605-0155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.31 |
|---|---|---|---|

**Optimum**
PO Box 742698
Cincinnati, OH 45274-2698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.45 |
|---|---|---|---|

**Osborne E. Smith**
Dennier Financial Management
383 Marshall Ave.
Saint Louis, MO 63119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.05 |
|---|---|---|---|

**Paul Coffey**
c/o Derrick Luck
2400 Dundas St., W #6
Mississauga, ON L5K2R8

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

Debtor **Photo File  LLC**
_____
Name

Case number (if known)    **20-11619-abl**
_____

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,669.56 |
|---|---|---|---|

**Paul Costello**
**251 Woodview Dr**
**Paducah, KY 42003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.87 |
|---|---|---|---|

**Personalities & Promotions Int'l Inc.**
**15660 Dallas Parkway, Suite 1250**
**Dallas, TX 75248**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.54 |
|---|---|---|---|

**PEY DIRT, INC.**
**1700 Broadway; 29th Floor**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.50 |
|---|---|---|---|

**Phil Esposito**
**c/o Mark Esposito**
**418 55th. Avenue**
**Saint Petersburg, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.86 |
|---|---|---|---|

**Philadelphia Eagles**
**1 Nova Care Way**
**Philadelphia, PA 19145**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.29 |
|---|---|---|---|

**Phoenix Mechanical Corp.**
**c/o Doug Budney**
**26 Vreeland Avenue, Suite B**
**Elmsford, NY 10523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,139.20 |
|---|---|---|---|

**Photo File Fulfillment**
**333 N Bedford Rd.,Suite 130**
**Mount Kisco, NY 10549-1159**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File LLC** | | Case number (if known) | **20-11619-abl** |
|---|---|---|---|---|
| | Name | | | |

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727.26

**Pitney Bowes Global Financial Srvcs**
PO Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,222.78

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,619.50

**PNC Bank**
c/o FedEx Custom Critical
Lockbox Number 645123
500 1st Avenue
Pittsburgh, PA 15219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Porter Capital Corporation**
2112 1st Avenue North
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,600.14

**Pratt Corrugated Holdings, Inc.**
PO Box 933949
Atlanta, GA 31193-3949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227.00

**Prime Time Media Ventures**
c/o Deion Sanders
P.O. Box 1056
Prosper, TX 75078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,527.20

**Principal Financial Group**
111 West State Street
Mason City, IA 50401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File LLC | | Case number (if known) | 20-11619-abl |
|---|---|---|---|---|
| | Name | | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,359.32 |
|---|---|---|---|

**Prints Charming, LLC**
PO Box 425
Lake Park, IA 51347

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,231.85 |
|---|---|---|---|

**Priority 1, Inc.**
P.O. Box 840808
Dallas, TX 75284-8035

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.56 |
|---|---|---|---|

**Pro Stars Ink LLC**
6307 South Jamaica Court
Englewood, CO 80111

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Quality Saw & Knife Co., Inc.**
115 Otis Street
West Babylon, NY 11704

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.99 |
|---|---|---|---|

**Randall Cunningham**
380 E. Robindale Rd.
Las Vegas, NV 89123

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.39 |
|---|---|---|---|

**Randy White**
5000 East FM 1461
Prosper, TX 75078

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,149.60 |
|---|---|---|---|

**Rempel Design and Photo**
c/o Brad Rempel
2500 Perry Avenue North
Minneapolis, MN 55422

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File LLC | Case number (if known) | 20-11619-abl |
|--------|----------------|------------------------|--------------|
|        | Name | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.80 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Richard Dent**
**333 North Michigan Avenue**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.19 |

**Richard M. Gossage**
**35 Marland Road**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.79 |

**Rickey Henderson**
**41 Starview Drive**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.22 |

**Ripken Baseball**
**Schulte Sports, Inc.**
**1427 Clarkview Road., Suite 100**
**Baltimore, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.03 |

**Robert Gibson**
**215 Bellevue Blvd. South**
**Bellevue, NE 68005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,319.48 |

**Robert Leiter Photography**
**4141B Via Andorra**
**Santa Barbara, CA 93110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.30 |

**Rod Gilbert**
**c/o Schulte Sports Marketing**
**8700 Snowhill Court**
**Potomac, MD 20854**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

**3.179** Nonpriority creditor's name and mailing address
Rollie Fingers
c/o John Boggs & Associates
5675 Ruffin Road #350
San Diego, CA 92123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$106.93

**3.180** Nonpriority creditor's name and mailing address
Ron Francis
c/o Reich Publishing & Marketing
308 Castle Shannon Blvd.
Pittsburgh, PA 15234

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$127.37

**3.181** Nonpriority creditor's name and mailing address
Ryne Sandberg
c/o Turner Gary Sports
2977 Highway K, Suite 160
O Fallon, MO 63368

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$105.04

**3.182** Nonpriority creditor's name and mailing address
Sammy Sosa
c/o WMG LLC At: Noeleen Meehan
10960 Wilshire Blvd., #2200
Los Angeles, CA 90024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$113.26

**3.183** Nonpriority creditor's name and mailing address
Sara White
146 Pine Mist Drive
Mooresville, NC 28117-3522

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$113.72

**3.184** Nonpriority creditor's name and mailing address
Southwest Gas
5241 Spring Mountain Road
Las Vegas, NV 89146

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.185** Nonpriority creditor's name and mailing address
Starr Enterprises
2647 Rocky Ridge Lane
Birmingham, AL 35216

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$333.58

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | | Case number (if known) | 20-11619-abl |
|---|---|---|---|---|
| | Name | | | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.00 |
|---|---|---|---|
| | **Steve Grogan**<br>**PO Box 371**<br>**Mansfield, MA 02048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,128.60 |
|---|---|---|---|
| | **Steven Samagaio**<br>**5 Parkview Ave E.**<br>**West Harrison, NY 10604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.42 |
|---|---|---|---|
| | **Stew Milne**<br>**527 River Ave.**<br>**Providence, RI 02908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.68 |
|---|---|---|---|
| | **Strategic Sports Marketing LLC**<br>**180 Gordon Drive, Suite 112**<br>**Exton, PA 19341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.19 |
|---|---|---|---|
| | **Straw Marketing (Darryl Strawberry)**<br>**c/o Mead Chasky Sports Ent.**<br>**70-20 108 Street, Suite 2-K**<br>**Forest Hills, NY 11375** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.76 |
|---|---|---|---|
| | **Tana Sales and Marketing, LLC**<br>**PO Box 16630**<br>**Minneapolis, MN 55416** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.31 |
|---|---|---|---|
| | **Tarkenton Group, Inc.**<br>**3340 Peachtree Road N.E. #2570**<br>**Atlanta, GA 30326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,425.00
---

**TED HALPERIN**
**142 HITCHING POST LANE**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.87

**The Bravest Fund**
**c/o Eliot Green, Esq.**
**345 Park Ave, Suite 1959**
**New York, NY 10154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.89

**The CMC Doctor**
**1007 South 10th Avenue**
**Marshalltown, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.62

**The Ditka Corporation**
**11 Warrington Drive**
**Lake Bluff, IL 60044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,128.00

**The Douglas Clear Co., Inc.**
**PO Box 333**
**Centerville, MA 02632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.46

**The Novo Agency**
**1537 Via Romero, Suite 100**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,285.36

**The Ohio State University**
**Trademark and Licensing Svcs.**
**P.O. Box 71-1760**
**Columbus, OH 43271-1760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 34 of 38

Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|--------|-----------------|------------------------|--------------|
|        | Name            |                        |              |

---

**3.200** | Nonpriority creditor's name and mailing address
**The Saint Andrew's Golf Club**
**10 Old Jackson Avenue**
**Hastings on Hudson, NY 10706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,587.05

---

**3.201** | Nonpriority creditor's name and mailing address
**Tom Weiner**
**1166 Lenape Way**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$12,000.00

---

**3.202** | Nonpriority creditor's name and mailing address
**Trans-Consolidated Distributors,Inc**
**PO Box 5062**
**Chatsworth, CA 91313**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,241.60

---

**3.203** | Nonpriority creditor's name and mailing address
**UL Verification Services Inc.**
**62045 Collections Center Drive**
**Chicago, IL 60693-0620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$678.00

---

**3.204** | Nonpriority creditor's name and mailing address
**Uline**
**Attn:  Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,083.77

---

**3.205** | Nonpriority creditor's name and mailing address
**United Healthcare Insurance Co.**
**UHS Premium Billing**
**PO BOX 94017**
**Palatine, IL 60094-4017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$738.37

---

**3.206** | Nonpriority creditor's name and mailing address
**United Parcel Service**
**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,609.56

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number (if known) | 20-11619-abl |
|---|---|---|---|
| | Name | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,334.91 |
|---|---|---|---|

**United Parcel Service**
P.O. Box 809488
Chicago, IL 60680-9488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.16 |
|---|---|---|---|

**University of Iowa**
**Trademark Licensing Program**
310 KHF Building 446
Iowa City, IA 52242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.42 |
|---|---|---|---|

**UPS Freight**
PO Box 650690
Dallas, TX 75265-0690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,371.60 |
|---|---|---|---|

**Verizon**
PO Box 15124
Albany, NY 12212-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Verizon Wireless**
1095 Avenue of the Americas
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.57 |
|---|---|---|---|

**Vincent E. Jackson**
1521 Ridgeland Road West
Mobile, AL 36695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,531.37 |
|---|---|---|---|

**VIP Sports Photos Inc**
c/o Sharon Reeves
322 W. Washington Avenue
Zeeland, MI 49464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number (if known) | **20-11619-abl** |
|---|---|---|---|
| | Name | | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,413.08** |
|---|---|---|---|

**W.B. Mason Co., Inc.**
PO Box 981101
Boston, MA 02298-1101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$431.87** |
|---|---|---|---|

**Walter & Connie Payton Foundation**
Estate of W. Payton
1905 Marketview Drive # 234
Yorkville, IL 60560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,481.04** |
|---|---|---|---|

**WHCC**
2840 Lone Oak Pkwy
Saint Paul, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,117.32** |
|---|---|---|---|

**Windstream**
PO Box 9001013
Louisville, KY 40290-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Windstream**
4001 N. Rodeny Parham Road
Little Rock, AR 72212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |
|---|---|---|---|

**Woodbury Systems Group**
PO Box 346
Plainview, NY 11803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,110.57** |
|---|---|---|---|

**Xerox Corporation**
PO Box 827598
Philadelphia, PA 19182-7598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | | Case number (if known) | 20-11619-abl |
|---|---|---|---|---|
| | Name | | | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,439.75 |
|---|---|---|---|

**Zarrilli Photography**
**c/o Mike Zarrilli**
**655 Maddie Way**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 16,138.32 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,749,501.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,765,640.20 |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

**Fill in this information to identify the case:**

Debtor name   **Photo File  LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **20-11619-abl**

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Licensing Agreement**<br><br>State the term remaining    **12/31/2021**<br><br>List the contract number of any government contract | **ABG EPE IP LLC**<br>**1411 Broadway**<br>**New York, NY 10018-3460** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Security**<br><br>State the term remaining<br><br>List the contract number of any government contract | **All Time Detection**<br>**28 Willett Ave.**<br>**Port Chester, NY 10573** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **Phone**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CenturyLink**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest    **Utility**<br><br>State the term remaining<br><br>List the contract number of any government contract | **City Carting & Recycling**<br>**PO Box 17250**<br>**Stamford, CT 06907-7250** |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

Debtor 1  **Photo File  LLC**
      First Name    Middle Name       Last Name

Case number *(if known)*  **20-11619-abl**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Standard Retail Product License Agreement**

State the term remaining — 9/30/2020

List the contract number of any government contract

**Collegiate Licensing Company, LLC**
**1075 Peachtree St NE Ste 3300**
**Atlanta, GA 30309-3981**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Utility**

State the term remaining

List the contract number of any government contract

**Con Edison**
**4 Irving Place Rm 1875**
**New York, NY 10003**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Utility**

State the term remaining

List the contract number of any government contract

**CyberSource Corporation**
**PO BOX 742842**
**Los Angeles, CA 90074**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Utility**

State the term remaining

List the contract number of any government contract

**Diamond Solar IV**
**c/o Diamond Properties**
**333 N. Bedford Road**
**Mount Kisco, NY 10549**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Licensing Agreement**

State the term remaining — 12/31/2021

List the contract number of any government contract

**Elvis Presley Enterprises, LLC**
**3734 Elvis Presley Boulevard**
**Memphis, TN 38116**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Fanatics NFLPA Sublicense Agreement**

State the term remaining — 2/28/2021

List the contract number of any

**Fanatics, Inc.**
**8100 Nations Way**
**Jacksonville, FL 32256**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor 1 | **Photo File  LLC** | | | Case number *(if known)* | **20-11619-abl** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consumer Product Retail License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Fermata Partners LLC** |
| | List the contract number of any government contract | | **1440 Dutch Valley Place, Ste 101** |
| | | | **Mount Kisco, NY 10549** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Internet** | |
|---|---|---|---|
| | State the term remaining | | **FIOS** |
| | List the contract number of any government contract | | **1095 Avenue of the Americas** |
| | | | **New York, NY 10036** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities** | |
|---|---|---|---|
| | State the term remaining | | **Las Vegas Valley Water District** |
| | List the contract number of any government contract | | **1001 S. Valley View Blvd.** |
| | | | **Las Vegas, NV 89153** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
|---|---|---|---|
| | State the term remaining | 12/31/2021 | **Learfield Licensing Partners, LLC** |
| | List the contract number of any government contract | | **Agent for National Baseball Hall of Fame** |
| | | | **8900 Keystone Crossing, 605** |
| | | | **Indianapolis, IN 46240** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | 6/30/2020 | **Learfield Licensing Partners, LLC** |
| | List the contract number of any government contract | | **8900 Keystone Crossing, 605** |
| | | | **Indianapolis, IN 46240** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | **Major League Baseball Players Assn.** |
|---|---|---|---|
| | | | **12 E. 49th Street** |
| | | | **New York, NY 10017** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 3 of 7

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

Debtor 1  **Photo File  LLC**                                                      Case number *(if known)*  **20-11619-abl**
First Name        Middle Name        Last Name

▊ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **12/31/2020** | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement Contract No. ML-1023N** | |
|---|---|---|---|
| | State the term remaining **12/31/2022** | **Major League Baseball Properties Attn: Royalty Dept 245 Park Avenue, 34th flr New York, NY 10167** |
| | List the contract number of any government contract | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement Contract No. ML-5108** | |
|---|---|---|---|
| | State the term remaining **12/31/2023** | **Major League Baseball Properties Attn: Royalty Dept 245 Park Avenue, 34th flr New York, NY 10167** |
| | List the contract number of any government contract | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement (Contract No. 14677)** | |
|---|---|---|---|
| | State the term remaining **3/31/2021** | **Marvel Brands, LLC c/o Marvel Entertainment LLC 135 W. 50th Street, 7th Floor New York, NY 10020** |
| | List the contract number of any government contract | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining **6/30/2020** | **National Hockey League Players Assn 10 Bay Street, Suite 1200 Toronto, ON** |
| | List the contract number of any government contract | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Master License Agreement** | |
|---|---|---|---|
| | State the term remaining **3/31/2021** | **NFL International LLC 345 Park Avenue New York, NY 10154** |
| | List the contract number of any government contract | |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor 1 | **Photo File  LLC** | | | Case number *(if known)* | **20-11619-abl** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **License Agreement**

State the term remaining — 3/31/2021

List the contract number of any government contract — _____

**NFL International, LLC**
**345 Park Avenue**
**New York, NY 10154**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Hall of Fame License Agreement Program**

State the term remaining — 3/31/2020

List the contract number of any government contract — _____

**NFL Properties LLC**
**345 Park Avenue**
**New York, NY 10154**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Premium Master License Agreement**

State the term remaining — 3/31/2021

List the contract number of any government contract — _____

**NFL Properties LLC**
**345 Park Avenue**
**New York, NY 10154**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Amended and Restated License Agreement Program No. 51327**

State the term remaining — 3/31/2023

List the contract number of any government contract — _____

**NFL Properties LLC**
**345 Park Avenue**
**New York, NY 10145**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Retail License Agreement License No. 100194**

State the term remaining — 6/30/2020

List the contract number of any government contract — _____

**NHL Enterprises Canada LP**
**1185 Avenue of the Americas**
**New York, NY 10036**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Retail License Agreement License No. 100194**

State the term remaining — 6/30/2020

List the contract number of any

**NHL Enterprises L.P.**
**1185 Avenue of the Americas**
**New York, NY 10036**

---

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 5 of 7

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor 1 | **Photo File  LLC** | | | | | Case number *(if known)* | **20-11619-abl** |
| | First Name | Middle Name | | Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities** |
| | State the term remaining | |
| | List the contract number of any government contract | **NV Energy**<br>**6226 W. Sahara Ave.**<br>**Las Vegas, NV 89146** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities** |
| | State the term remaining | |
| | List the contract number of any government contract | **Southwest Gas**<br>**5241 Spring Mountain Road**<br>**Las Vegas, NV 89146** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Standard License Agreement** |
| | State the term remaining | **6/30/2020** |
| | List the contract number of any government contract | **The Ohio State University**<br>**190 N. Oval Mall**<br>**Columbus, OH 43210** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Phone** |
| | State the term remaining | |
| | List the contract number of any government contract | **Verizon Wireless**<br>**1095 Avenue of the Americas**<br>**New York, NY 10036** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Internet** |
| | State the term remaining | |
| | List the contract number of any government contract | **Windstream**<br>**PO Box 9001013**<br>**Louisville, KY 40290-1013** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | **Zambrini LLC**<br>**5222 N. LeClaire Ave.**<br>**Chicago, IL 60630** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

Debtor 1   **Photo File  LLC**                                    Case number *(if known)*   **20-11619-abl**
      First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **12/31/2023** | |
| List the contract number of any government contract  _____ | |

---

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

Fill in this information to identify the case:

Debtor name **Photo File  LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **20-11619-abl**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  Globe Photo Inc. | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Alan Trammell | ☐ D _____ ☑ E/F __3.3__ ☐ G _____ |
| 2.2  Globe Photo Inc. | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Albert W. Kaline | ☐ D _____ ☑ E/F __3.4__ ☐ G _____ |
| 2.3  Globe Photo Inc. | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Bob Lilly | ☐ D _____ ☑ E/F __3.16__ ☐ G _____ |
| 2.4  Globe Photo Inc. | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Carl Yastrzemski | ☐ D _____ ☑ E/F __3.22__ ☐ G _____ |
| 2.5  Globe Photo Inc. | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | Commerce Technologies, LLC | ☐ D _____ ☑ E/F __3.32__ ☐ G _____ |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | | Case number *(if known)* | **20-11619-abl** |
|---|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.6 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159** | **Dave Robinson** | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159** | **Don Larsen** | ☐ D _____ ■ E/F __3.46__ ☐ G _____ |
| 2.8 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159** | **Drew Bledsoe** | ☐ D _____ ■ E/F __3.49__ ☐ G _____ |
| 2.9 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159** | **Ed Jones** | ☐ D _____ ■ E/F __3.53__ ☐ G _____ |
| 2.10 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159** | **Edgar Martinez** | ☐ D _____ ■ E/F __3.54__ ☐ G _____ |
| 2.11 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159** | **Edward Scott Yates** | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.12 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159** | **Fuji Hunt Photographic Chemicals, Inc.** | ☐ D _____ ■ E/F __3.75__ ☐ G _____ |
| 2.13 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159** | **Gale Sayers** | ☐ D _____ ■ E/F __3.77__ ☐ G _____ |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number *(if known)* | 20-11619-abl |
|--------|-----------------|--------------------------|--------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14  **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | **Gale Sayers** | ☐ D _____ ■ E/F   3.78 ☐ G _____ |
| 2.15  **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | **Gerald Cheevers** | ☐ D _____ ■ E/F   3.79 ☐ G _____ |
| 2.16  **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | **Gino Cappelletti** | ☐ D _____ ■ E/F   3.81 ☐ G _____ |
| 2.17  **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | **Jack Youngblood** | ☐ D _____ ■ E/F   3.92 ☐ G _____ |
| 2.18  **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | **Jerry Koosman** | ☐ D _____ ■ E/F   3.96 ☐ G _____ |
| 2.19  **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | **Jerry Rice** | ☐ D _____ ■ E/F   3.97 ☐ G _____ |
| 2.20  **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | **Jim Plunkett** | ☐ D _____ ■ E/F   3.99 ☐ G _____ |
| 2.21  **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130 Mount Kisco, NY 10549-1159 | **Joe Carter** | ☐ D _____ ■ E/F   3.101 ☐ G _____ |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | Photo File  LLC | Case number *(if known)* | 20-11619-abl |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.22 | Globe Photo Inc. | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | Joe Greene | ☐ D _____<br>☑ E/F  **3.102**<br>☐ G _____ |
| 2.23 | Globe Photo Inc. | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | John H. Lambert | ☐ D _____<br>☑ E/F  **3.103**<br>☐ G _____ |
| 2.24 | Globe Photo Inc. | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | John M. Rivers | ☐ D _____<br>☑ E/F  **3.104**<br>☐ G _____ |
| 2.25 | Globe Photo Inc. | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | Johnny Bench | ☐ D _____<br>☑ E/F  **3.105**<br>☐ G _____ |
| 2.26 | Globe Photo Inc. | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | Keith Hernandez | ☐ D _____<br>☑ E/F  **3.109**<br>☐ G _____ |
| 2.27 | Globe Photo Inc. | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | Ken Griffey, Jr. | ☐ D _____<br>☑ E/F  **3.110**<br>☐ G _____ |
| 2.28 | Globe Photo Inc. | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | Lee Smith | ☐ D _____<br>☑ E/F  **3.116**<br>☐ G _____ |
| 2.29 | Globe Photo Inc. | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | Lindenmeyr Munroe | ☐ D _____<br>☑ E/F  **3.119**<br>☐ G _____ |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | | Case number *(if known)* | **20-11619-abl** |

| **Additional Page to List More Codebtors** |
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.30 | **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **LSQ Funding Group,<br>L.C.** | ☐ D ____<br>■ E/F ___ **3.121**<br>☐ G ____ |
| 2.31 | **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Manny Flores** | ☐ D ____<br>■ E/F ___ **3.124**<br>☐ G ____ |
| 2.32 | **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Mike Mussina** | ☐ D ____<br>■ E/F ___ **3.129**<br>☐ G ____ |
| 2.33 | **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Neal Broten** | ☐ D ____<br>■ E/F ___ **3.135**<br>☐ G ____ |
| 2.34 | **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Paul Coffey** | ☐ D ____<br>■ E/F ___ **3.150**<br>☐ G ____ |
| 2.35 | **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Paul Costello** | ☐ D ____<br>■ E/F ___ **3.151**<br>☐ G ____ |
| 2.36 | **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Phil Esposito** | ☐ D ____<br>■ E/F ___ **3.154**<br>☐ G ____ |
| 2.37 | **Globe Photo Inc.** | 333 N Bedford Rd.,Suite 130<br>Mount Kisco, NY 10549-1159 | **Porter Capital<br>Corporation** | ☐ D ____<br>■ E/F ___ **3.161**<br>☐ G ____ |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number *(if known)* | **20-11619-abl** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| 2.38 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Randy White** | ☐ D ____<br>■ E/F  **3.170**<br>☐ G ____ |
| 2.39 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Richard Dent** | ☐ D ____<br>■ E/F  **3.172**<br>☐ G ____ |
| 2.40 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Richard M. Gossage** | ☐ D ____<br>■ E/F  **3.173**<br>☐ G ____ |
| 2.41 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Rickey Henderson** | ☐ D ____<br>■ E/F  **3.174**<br>☐ G ____ |
| 2.42 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Ripken Baseball** | ☐ D ____<br>■ E/F  **3.175**<br>☐ G ____ |
| 2.43 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Robert Gibson** | ☐ D ____<br>■ E/F  **3.176**<br>☐ G ____ |
| 2.44 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Rod Gilbert** | ☐ D ____<br>■ E/F  **3.178**<br>☐ G ____ |
| 2.45 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Sara White** | ☐ D ____<br>■ E/F  **3.183**<br>☐ G ____ |

Official Form 206H                                          Schedule H: Your Codebtors                                          Page 6 of 7

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| Debtor | **Photo File  LLC** | Case number *(if known)* | **20-11619-abl** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | |
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |

| 2.46 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Steve Grogan** | ☐ D ____<br>■ E/F ___3.186___<br>☐ G ____ |
|---|---|---|---|---|
| 2.47 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Steven Samagaio** | ☐ D ____<br>■ E/F ___3.187___<br>☐ G ____ |
| 2.48 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Stew Milne** | ☐ D ____<br>■ E/F ___3.188___<br>☐ G ____ |
| 2.49 | **Globe Photo Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **TED HALPERIN** | ☐ D ____<br>■ E/F ___3.193___<br>☐ G ____ |
| 2.50 | **Globe Photo, Inc.** | **333 N Bedford Rd.,Suite 130**<br>**Mount Kisco, NY 10549-1159** | **Tom Weiner** | ☐ D ____<br>■ E/F ___3.201___<br>☐ G ____ |

DocuSign Envelope ID: E3F0FE70-4B23-4F81-86E0-9A545C5BDBC8

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name   **Photo File  LLC** | |
| United States Bankruptcy Court for the:   DISTRICT OF NEVADA | |
| Case number (if known)   **20-11619-abl** | ☐ Check if this is an amended filing |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 2, 2020**          X   *Stuart Scheinman*
                                              ┌DocuSigned by:
                                              └F9D2ACE33AD54F6...
                                           Signature of individual signing on behalf of debtor

                                           **Stuart Scheinman**
                                           Printed name

                                           **Authorized Signatory**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy